THERESA CROCILLA, Respondent, v. FRANK CROCILLA, Appellant.— In an action for an annulment and for other relief, the defendant appeals from an order awarding alimony and counsel fees. Order reversed, without costs, and motion denied, without costs. Aside from the alleged declaration or confession of the defendant, and her own statement, plaintiff has set forth nothing that will be other evidence of the facts necessary to be established to obtain an annulment of the marriage. (Civ. Prac. Act, § 1143; cf. *De Baillet-Latour* v. *De Baillet-Latour*, 301 N. Y. 428.) Moreover, she does not allege that she has no income. Neither is there any contradiction by her of the statements by the defendant as to what was determined as to his and her income in the Domestic Relations Court, and their contribution to the business for which in her complaint she alleges she furnished $10,000. Wenzel, Acting P. J., MacCrate, Schmidt, Beldock and Ughetta, JJ., concur.

NEIL P. CULLOM, as a Director, Individually and as a Stockholder of R. HOE & Co., INC., Suing on Behalf of Himself and All Other Stockholders of Said Corporation and for the Benefit of Said Corporation, Respondent, v. ALBERT C. SIMMONDS, JR., et al., Appellants.— In a stockholder's derivative action, defendants appeal from an order insofar as it denies their motion for a change of venue from Suffolk County to Bronx County or, in the alternative, to New York County, pursuant to subdivision 3 of section 187 of the Civil Practice Act. The plaintiff and one defendant reside in Suffolk County. Defendant corporation has its principal place of business in Bronx County. Of the other parties, several of them, and a number of their employees and witnesses, have business offices in New York City, some in Bronx County or New York County, but it is not claimed that any of them reside in said counties. Order, insofar as appealed from, affirmed, with $10 costs and disbursements. No opinion. Wenzel, Acting P. J., MacCrate, Schmidt, Beldock and Ughetta, JJ., concur.